UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN WAYNE FELDMANN,  ) | |
| ) | Case No.: 2:14-cv-00267-GMN-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER ACCEPTING REPORT &** |
| ) | **RECOMMENDATION OF MAGISTRATE** |
| STATE OF WISCONSIN, ) | **JUDGE LEEN** |
| ) | |
| Defendant. ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 3) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered June 4, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by June 21, 2014. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Leens's recommendation that Plaintiff's Complaint (ECF No. 4) be **Dismissed**. Therefore, the Court has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 3) is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** with prejudice. The Clerk shall enter judgment accordingly.

**DATED** this 23rd day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court